REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
| v. | ) ) ) | Cause No. 1:25-CR-45 Violation: |
| LISA M. FUENTES | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

On or about May 1, 2025, in the Northern District of Indiana,

LISA M. FUENTES,

defendant herein, in connection with the attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was not under indictment or information in

any court for a felony, or any other crime for which the judge could imprison her for more than one year, knowing that information to be false,

All in violation of 18 U.S.C. § 922(a)(6).

                                        A TRUE BILL

                                        */s/ Foreperson*
                                        Foreperson

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

        */s/ Stacey R. Speith*
By:   Stacey R. Speith
        Assistant United States Attorney