UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CR-45 |
| | ) | |
| LISA M. FUENTES | ) | |

### **NOTICE OF PENALTIES**

Comes now the United States of America, by its counsel, M. Scott Proctor, Acting United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged in a single count Indictment alleging a violation of 18 U.S.C. § 922(a)(6).

If convicted, defendant faces a term of imprisonment of not more than 10 years, a fine of not more than $250,000.00, or both such fine and imprisonment, a term of supervised release of at least 1 year but not more than 3 years, and a special assessment of $100.00.

> Respectfully submitted,
>
> M. SCOTT PROCTOR
> ACTING UNITED STATES ATTORNEY
>
>
> */s/ Stacey R. Speith*
> By:  Stacey R. Speith
> Assistant United States Attorney
> E. Ross Adair Federal Bldg. & U.S.
> Courthouse
> 1300 S. Harrison Street, Room 3128
> Fort Wayne, IN 46802-3489
> Telephone: (260) 422-2595
> Facsimile:  (260) 426-1616
> E-mail Address: Stacey.speith@usdoj.gov