AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana ☑

-FILED-

AUG 1 4 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.

LISA M FUENTES
*Defendant*

)
)
)
)
)
)
)

Case No.  1:25-CR-45

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LISA M FUENTES _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:
Failure to appear for Initial Appearance scheduled on July 30, 2025 at 10:00 a.m.

Date: _____07/30/2025_____

*Chanda J. Berta*
_____
*Issuing officer's signature*

City and state:    Fort Wayne, IN

_____
Chanda J. Berta, Clerk (Ins)
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __7/30/25__ , and the person was arrested on *(date)* __12 AUG 2025__ at *(city and state)* __Fort Weyne, IN__ . |
| Date: __14 AUG 2025__                    *Arresting officer's signature*  |
|                                          T. Hofer - DUSM  *Printed name and title* |