# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CASE NUMBER: 1:25-CR-45** |
| ) | |
| **LISA M. FUENTES** ) | |
| ) | |
| **Defendant.** ) | |

## Defendant's Motion to Continue Detention and Arraignment Hearing

Comes now the Defendant, Lisa M. Fuentes, by counsel, Michelle F. Kraus, and motions the Court to continue the Detention and Arraignment Hearing currently set for Tuesday, August 19, 2025, at 10:00 a.m.  In support of this motion, Defendant would show the Court that:

1. 18 U.S.C. § 3142 (f) requires that the detention hearing happen immediately upon Defendant's first appearance before this Court unless the Defendant or the Government seeks a continuance. 3142 (f) also requires that unless there is good cause a continuance requested by Defendant may not exceed five (5) days.

2. Defense counsel is in need of additional time to prepare for the detention hearing.

For all of the forgoing reasons, Defendant respectfully requests the Court continue the Detention and Arraignment Hearing scheduled for Tuesday, August 19, 2025, at 10:00 a.m. until a time not before Thursday, August 21, 2025.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:   s/ Michelle F. Kraus
       Michelle F. Kraus
       200 East Main Street
       Ft. Wayne, Indiana 46802
       Phone: (260) 422-9940
       Email: Michelle_Kraus@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

 s/ Michelle Kraus